# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 4:23-CR-23** |
| | ) | |
| **CALVIN POLITE** | ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal its Response to Defendant's Motion for Compassionate Release / Reduction in Sentence and supporting exhibits pursuant to SDGA LR Crim. 49.1, and for good cause shown therein, it is hereby ORDERED:

That the entirety of the documents for the above-referenced filing be sealed until circumstances warrant unsealing the documents under LR 49.1(b)(1)(D), specifically further Order by this Court or a party filing a motion to unseal and the Government's response if any such motion is filed; and

The access and use of the sealed materials is limited to the Court and the parties listed above.

So ORDERED, this 25th day of September 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA