**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

CALVIN POLITE,

       Defendant.

CASE NO.: 4:23-cr-23

**O R D E R**

The Court has been notified of the death of Defendant Calvin Polite.  Therefore, the Court

**DENIES AS MOOT** all pending Motions.

**SO ORDERED**, this 22nd day of July, 2026.

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA